```
 1  BROWNE GEORGE ROSS LLP
    Peter W. Ross (State Bar No. 109741)
 2    pross@bgrfirm.com
    Peter Shimamoto (State Bar No. 123422)
 3    pshimamoto@bgrfirm.com
    2121 Avenue of the Stars, Suite 2400
 4  Los Angeles, California 90067
    Telephone: (310) 274-7100
 5  Facsimile: (310) 275-5697

 6  Attorneys for Plaintiff
    ONE DIRECTION LLC
 7
```

FILED
12 APR -9 PM 4:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ONE DIRECTION LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SYCO ENTERTAINMENT INC., a Delaware corporation; SIMCO LIMITED, a foreign limited liability company; SONY MUSIC HOLDINGS INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; LOUIS TOMLINSON, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV12-03100 JEM<br><br>**COMPLAINT FOR: FALSE DESIGNATION OF ORIGIN AND COMMON LAW UNFAIR COMPETITION**<br><br>**JURY TRIAL DEMANDED** |

316511.1

COMPLAINT

Plaintiff One Direction LLC ("Plaintiff") alleges as follows:

## NATURE OF THE ACTION

1. The present case is an action for trademark infringement, concerning the trademark *One Direction* (the "Mark"), as used by a performing musical group. A California-based, pop-rock band (the "California Band") was the first to use the Mark anywhere in the world. The California Band first used the Mark in the fall of 2009. The California Band has used the Mark continuously in commerce in the United States since the fall of 2009. The California Band has performed concerts under the Mark in the United States. The California Band has had a Facebook page featuring the Mark since November 2010. The California Band has a webpage featuring the Mark. The California Band has posted several music videos on the internet, including on YouTube, featuring the Mark. The California Band released its first album under the Mark, titled "The Light", in February 2011. "The Light" has been distributed in various media since that time, including iTunes. The California Band has completed its second album, titled *Uncharted Shores*, and has released several singles from that album. Plaintiff is a holding company that owns the rights to the Mark on behalf of the California Band. Plaintiff has an application pending to register the Mark on the principal register of the United States Patent and Trademark Office.

2. On information and belief, United Kingdom residents Niall Horan, Zayn Malik, Liam Payne, Harry Styles and Louis Tomlinson auditioned as solo artists for the seventh season of the United Kingdom television show "The X Factor". Although none of those individuals was selected to continue the competition as a solo artist, one or more of the show's judges suggested the singers combine to form a musical group (the "UK Group"). They did so. The UK Group adopted the name *One Direction* – the exact same name as the California Band. On information and belief, the UK Group first used the Mark in October 2010 – about one year after the California Band first used the Mark. Initially the UK Group used

1. the Mark exclusively in the United Kingdom in connection with the ensuing episodes of The X Factor. After the show ended, the UK Group continued to perform under the Mark in the United Kingdom and Europe, but not in the United States. On information and belief, the UK Group released its first single in September 2011, in the United Kingdom.

3. The UK Group made its first entry into the United States market in February 2012. At that time, the UK Group released an album in the United States and performed live in several cities in the United States.

4. The UK Group's use of the identical mark *One Direction* has caused and will continue to cause substantial confusion and substantial damage to Plaintiff's goodwill. Plaintiff has therefore filed this action to protect its rights.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 in that a claim asserted herein arises under the Lanham Act, 15 U.S.C. § 1121 *et seq*. This Court has jurisdiction over the related state claim under 28 U.S.C. § 1367(a).

6. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b), as a substantial part of the events or omissions giving rise to the claims asserted herein occurred within this district.

## THE PARTIES

7. Plaintiff is a California limited liability company with its principal place of business in the County of San Benito, California.

8. Upon information and belief, defendant Syco Entertainment Inc. ("Syco") is a Delaware corporation with offices in New York, New York and Los Angeles, California. Upon information and belief, Syco is a joint venture between Simon Cowell and Sony Music Entertainment and/or Sony Music Holdings Inc. On information and belief, the UK Group has a recording contract with Syco.

9. Upon information and belief, defendant Simco Limited ("Simco") is a United Kingdom limited liability company. Upon information and belief, Simco manages the UK Group.

10. Upon information and belief, defendant Sony Music Holdings Inc. is a Delaware corporation with its principal place of business in New York, New York.

11. Upon information and belief, defendant Sony Music Entertainment is a Delaware general partnership.

12. Upon information and belief, defendants Niall Horan, Zayn Malik, Liam Payne, Harry Styles, and Louis Tomlinson (collectively, the "UK Group") are individuals residing in the United Kingdom.

13. Plaintiff is unaware of the true names and capacities of defendants named herein as DOES 1 through 10, inclusive, but is informed and believes, and thereon alleges, that each of the fictitiously named defendants engaged in, or is in some manner responsible for, the wrongful conduct alleged herein. Plaintiff sues these defendants by such fictitious names and will amend this complaint to state their true names and capacities when such names have been discovered.

## FACTS

**Plaintiff Is The First To Use The Mark In Commerce In the United States.**

14. The California Band was formed in 2009 and adopted the name *One Direction* at that time. Since then, the California Band has performed concerts in the United States under the Mark. On or about November 12, 2010, the California Band established a Facebook page under the Mark. The California Band has also established other websites under the Mark, including among others purevolume.com, reverbnation.com, absolutepunk.net, soundcloud.com, and onedirectionusa.com. The California Band has posted several music videos under the Mark on the internet, including on YouTube. In February 2011, the California Band released in the United States the band's first album under the Mark. The album is titled "The Light". Since then, the album and its songs have been

distributed continuously in various media, including on iTunes, throughout the United States. The Band has completed its second album, titled *Uncharted Shores*, which is scheduled to be released in the United States under the Mark on April 16, 2012. Several songs from *Uncharted Shores* have already been released in the United States.

15. On or about February 14, 2011, Plaintiff filed an application to register the mark *One Direction* on the principal register of the United States Patent and Trademark Office, serial number 85241506, in connection with entertainment, namely live performances by a musical band. Plaintiff's application was published for opposition on or about November 29, 2011. On or about March 26, 2012, defendant Simco filed a request for an extension of time to file an opposition to Plaintiff's application to register the Mark.

**Defendants Later Adopt The Mark In England.**

16. On information and belief, defendants Horan, Malik, Payne, Styles and Tomlinson auditioned as solo artists for season seven of the United Kingdom version of the television show "The X Factor". On information and belief, that show was broadcast on ITV in the United Kingdom from August 21, 2010 to December 12, 2010. The show was not broadcast in the United States. On information and belief, none of the individual defendants referenced above was selected to continue in the competition as a solo artist, but they were encouraged by one or more of the judges on "The X Factor" to form a musical group. They did so. (That group is referred to herein as the "UK Group").

17. On information and belief, the UK Group's first performance was broadcast in the United Kingdom on October 2, 2010. On information and belief, that broadcast was also the first date the UK Group publicly used the name *One Direction*. On information and belief, the UK Group's first single was released in September 2011, in the United Kingdom, under the Mark.

18. On information and belief, the UK Group first entered the United States

1. market in February, 2012. At that time, the UK Group released its first single in the United States and first performed publicly in the United States.

19. On information and belief, the UK Group has a recording contract with the Columbia Records Group, which is a label and/or division of Sony Music Holdings Inc. and/or Sony Music Entertainment.

20. Upon information and belief, defendants Syco, Sony Music Entertainment and/or Sony Music Holdings Inc. are sponsoring the UK Group's 2012 United States tour.

21. On information and belief, by early 2011, defendants and each of them learned that the California Band was already using the Mark in the United States and had developed substantial goodwill in that Mark. Defendants chose to ignore the Plaintiff's rights and willfully infringed them. On or about February 14, 2012 Plaintiff sent a letter to defendants' attorneys, demanding that defendants cease and desist from further infringement of Plaintiff's rights. Defendants have refused to cease and desist and have subsequently increased their use of the Mark in the United States, knowing that consumer confusion and damage to Plaintiff is growing on a daily basis.

## CLAIMS FOR RELIEF

### First Claim for Relief

(Against all Defendants for False Designation of Origin, 15 U.S.C. § 1125(a))

22. Plaintiff repeats and incorporates by reference the allegations contained in paragraphs 1 through 21 above as though set forth in full herein.

23. Plaintiff is the owner of the *One Direction* trademark.

24. Plaintiff's Mark is a valid and protectable trademark.

25. Plaintiff has not authorized any of the Defendants to use the Mark.

26. Defendants' direct, contributory and/or vicarious use of the Mark has caused, and is likely to cause, confusion, mistake and/or deception among consumers as to the source, quality and nature of Plaintiff's and/or Defendants'

goods and services.

27. Plaintiff is informed and believes and thereon alleges that as a proximate cause of the unfair advantage inuring to Defendants from using Plaintiff's mark, Defendants have made substantial sales and profits in amounts to be established according to proof.

28. As a proximate result of Defendants' use of Plaintiff's mark, Plaintiff has been damaged and deprived of substantial sales of its products and services and has been deprived of the value of its mark as a commercial asset, in amounts to be established according to proof.

29. Plaintiff is informed and believes, and thereon alleges, that unless restrained by the Court, Defendants will continue to infringe Plaintiff's mark, thus engendering a multiplicity of judicial proceedings, and pecuniary compensation will not afford Plaintiff adequate relief for the damage to its trademark in the public perception. Further, Plaintiff is informed and believes, and thereon alleges that, in the absence of injunctive relief, the public is likely to continue be mistaken or deceived as to the true source, origin, sponsorship and/or affiliation of Plaintiff's and/or Defendants' goods and services.

30. Plaintiff is informed and believes, and thereon alleges that Defendants' acts were committed, and continue to be committed, with actual notice of Plaintiff's exclusive rights and with an intent to cause confusion, to cause mistake and/or to deceive, and to cause injury to the reputation and goodwill associated with Plaintiff. Pursuant to 15 U.S.C. § 1117, Plaintiff is therefore entitled to recover three times its actual damages or three times Defendants' profits, whichever is greater, together with Plaintiff's attorneys' fees. In addition, pursuant to 15 U.S.C. § 1118, Plaintiff is entitled to an order requiring destruction of all infringing products and promotional materials in Defendants' possession.

## Second Claim for Relief

### (Against All Defendants; Common Law Unfair Competition)

31. Plaintiff repeats and incorporates by reference the allegations contained in paragraphs 1 through 30 above as though set forth in full herein.

32. Plaintiff's Mark has acquired a secondary meaning.

33. Defendants have used the same mark in connection with their products and services.

34. Plaintiff and Defendants are business competitors.

35. By reason of the similarity between Plaintiff's products and services and those of Defendants, the public is likely to conclude there is some connection between Plaintiff's products and services and those of Defendants.

36. Defendants' conduct is unfair and unlawful.

37. Defendants' acts have caused Plaintiff to lose profits and caused damage to Plaintiff's reputation and goodwill. The precise amount of Plaintiff's damages is presently unknown but will be established according to proof.

38. Plaintiff is informed and believes and thereon alleges that as a direct and proximate result of Defendants' wrongful conduct, Defendants have gained revenues and profits.

39. Plaintiff has no adequate remedy at law for the injury that will be caused by Defendants' acts of unfair competition. Accordingly, Plaintiff is entitled to a permanent injunction restraining Defendants, their officers, agents, and employees, and all persons acting in concert with them, from engaging in further acts of unfair competition against Plaintiff and its products and services.

40. Plaintiff is informed and believes, and thereon alleges, that Defendants committed the foregoing acts with the intention of depriving Plaintiff of its legal rights, with oppression, fraud and/or malice, and in conscious disregard of Plaintiff's rights. Plaintiff is, therefore, entitled to an award of exemplary damages, according to proof.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For a permanent injunction enjoining and restraining Defendants, their agents, employees, representatives, partners, joint venturers and/or anyone acting on behalf of, or in concert with, Defendants, or any of them, from importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting products or services in connection with the *One Direction* trademark.

2. For an order requiring the destruction of all Defendants' infringing goods and all marketing, advertising or promotional materials depicting the *One Direction* trademark.

3. For an accounting of all profits obtained by Defendants from sales of infringing goods and services and an order that Defendants shall hold all such profits in a constructive trust for the benefit of Plaintiff;

4. For an award to Plaintiff in excess of $1 million, according to proof, of all profits earned by Defendants from the sale of goods or services under the *One Direction* trademark;

5. For restitution to Plaintiff of all property and revenue obtained by Defendants through their acts of unfair competition;

6. For compensatory damages in excess of $1 million according to proof;

7. For exemplary and multiple damages according to proof;

8. For prejudgment interest on all damages awarded by this Court;

9. For attorney's fees;

10. For costs of suit incurred herein; and

11. For such other and further relief as the Court may deem just and proper.

DATED: April 9, 2012

BROWNE GEORGE ROSS LLP
Peter W. Ross
Peter Shimamoto

By _____
Peter W. Ross
Attorneys for Plaintiff
ONE DIRECTION LLC

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial pursuant to Rule 38(a) of the Federal Rules of Civil Procedure on all matters triable by a jury.

DATED: April 9, 2012

BROWNE GEORGE ROSS LLP
Peter W. Ross
Peter Shimamoto

By _____
Peter W. Ross
Attorneys for Plaintiff
ONE DIRECTION LLC

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ONE DIRECTION LLC

**DEFENDANTS**
SYCO ENTERTAINMENT INC., a Delaware corporation; SIMCO LIMITED, a foreign limited liability company; SONY MUSIC HOLDINGS INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; LOUIS TOMLINSON, an individual, and DOES 1 through 10,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Peter W. Ross SBN 109741/Peter Shimamoto SBN 123422
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel: 310.274.7100/Fax: 310.275.5697

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** More than $1,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 1125(a)--false designation of origin and common law unfair competition

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:** Case Number: CV12 03100

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     American LegalNet, Inc. www.FormsWorkflow.com     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | San Benito County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Los Angeles County (Syco Entertainment); New York (Sony Music Holdings, Sony Music Entertainment); United Kingdom (all other defendants) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** /s/ Peter W. Ross    Date April 9, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Peter W. Ross SBN 109741
Peter Shimamoto SBN 123422
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel: 310.274.7100/Fax 310.275.5697
Email: pross@bgrfirm.com/pshimamoto@bgrfirm.com
Attorneys for Plaintiff One Direction LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE DIRECTION LLC, a California limited liability company,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SYCO ENTERTAINMENT, INC., a Delaware corporation; SIMCO LIMITED, a foreign limited liability company; SONY MUSIC HOLDINGS INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; LOUIS TOMLINSON, an individual, and DOES 1 through 10,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-03100 JEM<br><br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Browne George Ross LLP, whose address is 2121 Avenue of the Stars, Suite 2400 Los Angeles, California 90067. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: April 9, 2012          By:  **JULIE PRADO**
                                    Deputy Clerk

                                    (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)    SUMMONS