UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE DIRECTION LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SYCO ENTERTAINMENT INC., a Delaware corporation; SIMCO LIMITED, a foreign limited liability company; SONY MUSIC HOLDINGS INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; LOUIS TOMLINSON, an individual; and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO. CV12-03100 JEM<br><br>The Honorable John E. McDermott<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [L.R. 8-3]** |

Mitchell Silberberg & Knupp LLP

4620841.1

# ORDER

Pursuant to a Stipulation of the Parties and Local Rule 8-3, Simco Limited, Sony Music Entertainment, Niall Horan, Zayn Malik, Liam Payne, Harry Styles, and Louis Tomlinson have an additional twenty-eight (28) days, until June 21, 2012, to respond to the Complaint.

So that all Defendants may respond on the same date (assuming Defendants Sony Music Holdings, Inc. and Syco Entertainment Inc. are not dismissed before then), IT IS ORDERED that Sony Music Holdings, Inc. and Syco Entertainment Inc. also have until June 21, 2012 to respond to the Complaint.

DATE:  May 8, 2012

> */s/John E. McDermott*
> The Honorable John E. McDermott
> United States Magistrate Judge