1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11   ONE DIRECTION LLC, a California        Case No. CV-12-03100 JEM
     limited liability company,              The Hon. John E. McDermott
12
                   Plaintiff,                **[~~PROPOSED~~] ORDER DISMISSING
13                                           DEFENDANTS SYCO
            vs.                              ENTERTAINMENT INC. AND
14                                           SONY MUSIC HOLDINGS INC.
     SYCO ENTERTAINMENT INC., a              WITHOUT PREJUDICE
15   Delaware corporation; SIMCO             PURSUANT TO PLAINTIFF'S
     LIMITED, a foreign limited liability    NOTICE OF VOLUNTARY
16   company; SONY MUSIC HOLDINGS            DISMISSAL**
     INC., a Delaware corporation; SONY
17   MUSIC ENTERTAINMENT, a
     Delaware general partnership; NIALL
18   HORAN, an individual; ZAYN
     MALIK, an individual; LIAM PAYNE,
19   an individual; HARRY STYLES, an
     individual; LOUIS TOMLINSON, an
20   individual; and DOES 1 through 10
     inclusive,
21
                   Defendants.
22

23

24

25

26

27

28

326703.2
_____
            [PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, ETC.

1       Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice As

2  To Syco Entertainment Inc. And Sony Music Holdings Inc. (Doc. No. 20),

3       IT IS HEREBY ORDERED that Defendants Syco Entertainment Inc. and

4  Sony Music Holdings Inc. are dismissed from this action without prejudice.

Dated:  May 15, 2012         By   _____

                              Hon. John E. McDermott

326703.2