UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 12-03100 DDP (JCx)                    Dated: August 28, 2012

Title:   ONE DIRECTION LLC -v- SYCO ENTERTAINMENT INC, et al.
=====================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                            None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the SCHEDULING CONFERENCE is hereby continued from August 30, 2012 to September 27, 2012 at 3:00 p.m.


MINUTES FORM 11                                 Initials of Deputy Clerk   JAC
CIVIL -- GEN