| | |
|---|---|
| 1 | KARIN G. PAGNANELLI (174763) |
|   |   kgp@msk.com |
| 2 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 11377 West Olympic Boulevard |
| 3 | Los Angeles, CA 90064-1683 |
|   | Telephone:  (310) 312-2000 |
| 4 | Facsimile:  (310) 312-3100 |
| 5 | JANE G. STEVENS (*pro hac vice*) |
|   |   jds@msk.com |
| 6 | BRADLEY J. MULLINS (274219) |
|   |   bym@msk.com |
| 7 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 12 East 49th Street, 30th Floor |
| 8 | New York, NY 10017 |
|   | Telephone:  (212) 509-3900 |
| 9 | Facsimile:  (212) 509-7239 |
| 10 | Attorneys for Defendants SIMCO LIMITED, |
|    | 1D MEDIA LIMITED, SONY MUSIC |
| 11 | ENTERTAINMENT, NIALL HORAN, |
|    | ZAYN MALIK, LIAM PAYNE, HARRY |
| 12 | STYLES, and LOUIS TOMLINSON |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | ONE DIRECTION LLC, a California limited liability company, | CASE NO. CV12-03100 DDP (JCx) |
| 18 | | The Honorable Dean D. Pregerson |
| 19 | Plaintiff,<br>v. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| 20 | SIMCO LIMITED, a foreign limited liability company; 1D MEDIA LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; LOUIS TOMLINSON, an individual; and DOES 1 through 10, | |
| 26 | Defendants. | |

Mitchell
Silberberg &
Knupp LLP

4771929.1

| | |
|---|---|
| 1 | |
| 2 | SIMCO LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; and LOUIS TOMLINSON, an individual, |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Counterclaimants, |
| 8 | v. |
| 9 | ONE DIRECTION LLC, a California limited liability company, |
| 10 | |
| 11 | Counterclaim Defendant, |
| 12 | SIMCO LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; and LOUIS TOMLINSON, an individual, |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Third Party Plaintiffs, |
| 18 | v. |
| 19 | DAN O'LEARY; SEAN O'LEARY; SCOTT GRAHAM; SCOTT NAGAREDA; KLAUS CAMPBELL; SKYLAR CAMPBELL; TYLER RODRIGUEZ; and MICHAEL GROSS d/b/a SIX GUN RECORDS, |
| 20 | |
| 21 | |
| 22 | |
| 23 | Third Party Defendants. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff/Counterclaim Defendant One Direction LLC, Defendant 1D Media Limited, Defendants/Counterclaimants/Third Party Plaintiffs Simco Limited, Sony Music Entertainment, Niall Horan, Zayn Malik, Liam Payne, Harry Styles and Louis Tomlinson, and Third Party Defendants Dan O'Leary, Sean O'Leary, Scott Nagareda, Klaus Campbell, Skylar Campbell, Tyler Rodriguez, and Michael Gross d/b/a Six Gun Records, by and through their respective counsel, hereby stipulate that all claims, counterclaims and third-party claims in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own costs and fees. |

DATED: August 30, 2012

KARIN G. PAGNANELLI
JANE G. STEVENS
BRADLEY J. MULLINS
MITCHELL SILBERBERG & KNUPP LLP

By: _/s/ Karin Pagnanelli_
Karin G. Pagnanelli
Attorneys for 1D Media Limited, Simco Limited, Sony Music Entertainment, Niall Horan, Zayn Malik, Liam Payne, Harry Styles, and Louis Tomlinson

DATED: August 30, 2012

PETER W. ROSS
PETER M. SHIMAMOTO
BROWN GEORGE ROSS LLP

By: _/s/ Peter M. Shimamoto_
Peter M. Shimamoto
Attorneys for One Direction LLC, Dan O'Leary, Sean O'Leary, Scott Nagareda, Klaus Campbell, Skylar Campbell, Tyler Rodriguez, and Michael Gross d/b/a Six Gun Records

Mitchell Silberberg & Knupp LLP
4771929.1

1