| | |
|---|---|
| 1 | KARIN G. PAGNANELLI (174763) |
|   | kgp@msk.com |
| 2 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 11377 West Olympic Boulevard |
| 3 | Los Angeles, CA 90064-1683 |
|   | Telephone: (310) 312-2000 |
| 4 | Facsimile: (310) 312-3100 |
| 5 | JANE G. STEVENS (*pro hac vice*) |
|   | jds@msk.com |
| 6 | BRADLEY J. MULLINS (274219) |
|   | bym@msk.com |
| 7 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 12 East 49th Street, 30th Floor |
| 8 | New York, NY 10017 |
|   | Telephone: (212) 509-3900 |
| 9 | Facsimile: (212) 509-7239 |
| 10 | Attorneys for Defendants SIMCO LIMITED, 1D MEDIA LIMITED, SONY MUSIC ENTERTAINMENT, NIALL HORAN, ZAYN MALIK, LIAM PAYNE, HARRY STYLES, and LOUIS TOMLINSON |

NO JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE DIRECTION LLC, a California limited liability company, | CASE NO. CV12-03100 DDP (JCx) |
| Plaintiff, | The Honorable Dean D. Pregerson |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE OF THIRD PARTY DEFENDANT SCOTT GRAHAM** |
| SIMCO LIMITED, a foreign limited liability company; 1D MEDIA LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; LOUIS TOMLINSON, an individual; and DOES 1 through 10, | |
| Defendants. | |


| | |
|---|---|
| 1 | |
| 2 | SIMCO LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; and LOUIS TOMLINSON, an individual, |
| 7 | Counterclaimants, |
| 8 | v. |
| 9 | ONE DIRECTION LLC, a California limited liability company, |
| 10 | Counterclaim Defendant, |
| 12 | SIMCO LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; and LOUIS TOMLINSON, an individual, |
| 17 | Third Party Plaintiffs, |
| 18 | v. |
| 19 | DAN O'LEARY; SEAN O'LEARY; SCOTT GRAHAM; SCOTT NAGAREDA; KLAUS CAMPBELL; SKYLAR CAMPBELL; TYLER RODRIGUEZ; and MICHAEL GROSS d/b/a SIX GUN RECORDS, |
| 23 | Third Party Defendants. |

Mitchell Silberberg & Knupp LLP

4762960.1

After consideration of the parties' Stipulation of Voluntary Dismissal With Prejudice of Third Party Defendant Scott Graham, and the Court having determined pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay,

IT IS ORDERED that Third Party Defendant Scott Graham is hereby dismissed from this action, with prejudice.

DATED:  September 05, 2012

_____
Honorable Dean D. Pregerson
United States District Judge

Mitchell Silberberg & Knupp LLP

4762960.1

1