1  KARIN G. PAGNANELLI (174763)
     kgp@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA  90064-1683
   Telephone:  (310) 312-2000
4  Facsimile:   (310) 312-3100

5  JANE G. STEVENS (*pro hac vice*)
     jds@msk.com
6  BRADLEY J. MULLINS (274219)
     bym@msk.com
7  MITCHELL SILBERBERG & KNUPP LLP
   12 East 49th Street, 30th Floor
8  New York, NY  10017
   Telephone:  (212) 509-3900
9  Facsimile:   (212) 509-7239

10 Attorneys for Defendants SIMCO LIMITED,
   1D MEDIA LIMITED, SONY MUSIC
11 ENTERTAINMENT, NIALL HORAN,
   ZAYN MALIK, LIAM PAYNE, HARRY
12 STYLES, and LOUIS TOMLINSON

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE DIRECTION LLC, a California limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>SIMCO LIMITED, a foreign limited liability company; 1D MEDIA LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; LOUIS TOMLINSON, an individual; and DOES 1 through 10,<br><br>      Defendants. | CASE NO. CV12-03100 DDP (JCx)<br><br>The Honorable Dean D. Pregerson<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | |
| 2 | SIMCO LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; and LOUIS TOMLINSON, an individual, |
| 7 | Counterclaimants, |
| 8 | v. |
| 9 | ONE DIRECTION LLC, a California limited liability company, |
| 10 | Counterclaim Defendant, |
| 11 | |
| 12 | SIMCO LIMITED, a foreign limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; NIALL HORAN, an individual; ZAYN MALIK, an individual; LIAM PAYNE, an individual; HARRY STYLES, an individual; and LOUIS TOMLINSON, an individual, |
| 17 | Third Party Plaintiffs, |
| 18 | v. |
| 19 | DAN O'LEARY; SEAN O'LEARY; SCOTT GRAHAM; SCOTT NAGAREDA; KLAUS CAMPBELL; SKYLAR CAMPBELL; TYLER RODRIGUEZ; and MICHAEL GROSS d/b/a SIX GUN RECORDS, |
| 22 | Third Party Defendants. |

Mitchell Silberberg & Knupp LLP

4771937.1

1 After consideration of the parties' Stipulation of Voluntary Dismissal with
2 Prejudice, and good cause having been shown,
3 IT IS ORDERED that all claims, counterclaims, and third party claims in
4 this action are dismissed with prejudice, with each party to bear his/its own
5 attorneys' fees and costs.

8 DATED: September 05, 2012

_____
Honorable Dean D. Pregerson
United States District Judge